abide the event, on the authority of Clark v. New York Military Academy Realty Company, 135 N. Y. Supp. 865, decided herewith.

WHITSON, Respondent, v. WHITSON AUTOPRESS CO., Appellants. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Anna Whitson against the Whitson Autopress Company. N. April, for appellants. A. W. Levy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WIEDMAN, Respondent, v. KINZLY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Edward Wiedman, an infant, etc., against Frank Kinzly.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. *Held*, that the court committed prejudicial error in excluding the testimony of the chief of police, tending to show that the defendant had been directed to disperse people congregating on street corners, and in view of the charge of the court on the subject of malice this error is so prejudicial as to require a reversal.

McLENNAN, P. J., dissents, upon the ground that the question of malice was not involved, and the evidence referred to was therefore properly excluded, and that the charge of the court in that respect was not excepted to, and, therefore, the question of error is not before this court.

WILKIE, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by George Wilkie against the Erie Railroad Company. E. W. S. Johnston, for appellant. F. R. Jennings, for respondent. No opinion. Order affirmed, with costs. Order filed.

WILLIAMS, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Mary E. Williams against the City of New York and another. No opinion. Motion granted, with costs.

WILLIS, Respondent, v. EVERETT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Charles Willis against Robert K. Everett, impleaded with others. No opinion. Judgment and order unanimously affirmed, with costs.

WITH, Respondent, v. COOK, Appellant. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by Thorbjorg With against D. Randolph Cook. F. Hulse, for

appellant. R. Ballantine, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the verdict is against the weight of evidence. Order filed.

WIX, Respondent, v. HARD, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1912.) Action by George B. Wix, against Sherwood M. Hard. D. D. Sherman, for appellant. C. E. Thornall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

W. M. RITTER LUMBER CO., Respondent, v. E. A. SCHROEDER LUMBER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by the W. M. Ritter Lumber Company against the E. A. Schroeder Lumber Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

WOOD, Appellant, v. WESLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by John Wood against Harry C. Wesley, as committee, etc. No opinion. Order (135 N. Y. Supp. 876) affirmed, with $10 costs and disbursements.

WOOD et al., Respondents, v. WISE et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 2, 1912.) Action by Wilbur B. Wood and another against Charles C. Wise and another. No opinion. Motion denied, without costs. See, also, 145 App. Div. 945, 130 N. Y. Supp. 1135.

WRIGHT CO. v. AERO CORPORATION. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by the Wright Company against the Aero Corporation. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 N. Y. Supp. 726; infra.

WRIGHT CO., Appellant, v. AERO CORPORATION, Limited, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Wright Company against the Aero Corporation, Limited. F. W. Williamson, for appellant. W. W. Niles, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 128 N. Y. Supp. 726; supra.

WRIGHT & ALEXANDER CO., Respondent, v. ALEXANDER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by the Wright & Alex-